UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNETT GOLDBERG, <br><br>　　　　Plaintiff, <br><br>v. <br><br>BAC HOME LOANS SERVICING, LP, HSBC BANK USA, N.A., NATIONSTAR MORTGAGE, LLC, AND DOES 1-100 inclusive, <br><br>　　　　Defendants. | Case No. 13cv36-JM(BLM) <br><br>**ORDER GRANTING IN PART JOINT *EX PARTE* APPLICATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** <br><br>[ECF No. 50] |

On May 29, 2014, the parties filed a "joint *ex parte* application for an order continuing mandatory settlement conference." ECF No. 50. The parties seek to continue the Mandatory Settlement Conference ("MSC") currently scheduled for June 5, 2014 to July 8, 2014 or anytime thereafter. Id. at 2. In support, the parties state that they "are currently negotiating a settlement, and have been doing so diligently for the last few months. There are, however, a number of title issues that must be resolved before the Parties can engage in a meaningful settlement conference with a real possibility of reaching a resolution." Id. If the motion is denied, the parties request that they and their counsel be permitted to attend the June 5, 2014 MSC telephonically. Id.

Good cause appearing, the parties' motion is **GRANTED IN PART**. The June 5, 2014

1  MSC is hereby **VACATED**.  The Court will hold a <u>telephonic</u>, <u>attorneys-only</u> Case
2  Management Conference on **July 21, 2014** at **10:00 a.m.**  The Court will initiate the
3  conference call.  All other dates and deadlines remain as previously set.  <u>See</u> ECF No. 45.
4      **IT IS SO ORDERED**.
5  DATED: May 30, 2014

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge